UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:18-cr-00558 |
| | : | |
| MIGUEL GONZALEZ SEGOVIA | : | |
| | : | |

# O R D E R

**AND NOW**, this 2nd day of August, 2019, upon consideration of Defendant's motion to suppress, ECF No. 18, the government's response in opposition, ECF No. 19, and the parties' proposed findings of fact and conclusions of law, ECF Nos. 29, 30, submitted following a hearing before the Court on May 15, 2019, ECF No. 26,[1] and for the reasons stated in the opinion issued this date, **IT IS ORDERED THAT** Defendant's motion, ECF No. 18, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court heard testimony and received evidence during a hearing on the motion on May 15, 2019. *See* Suppression Hearing Transcript, ECF No. 28.